1  MICHAEL C. BAUM (SBN 65158)
   E-Mail: mbaum@rpblaw.com
2  ANDREW V. JABLON (SBN 199083)
   E-Mail: ajablon@rpblaw.com
3  RESCH POLSTER & BERGER LLP
   9200 Sunset Boulevard, Ninth Floor
4  Los Angeles, California  90069-3604
   Telephone: 310-277-8300
5  Facsimile:  310-552-3209
        Attorneys for Plaintiff
6       Design Collection, Inc.

7  MARK A. FINKELSTEIN (SBN 173581)
   E-Mail: mafinkelstein@jonesday.com
8  ERIC M. KENNEDY (SBN 228394)
   E-Mail: emkennedy@jonesday.com
9  JONES DAY
   3161 Michelson Drive, 8th Floor
10 Irvine, CA 92612
   Telephone: 949-851-9339
11 Facsimile:  949-553-7539
        Attorneys for Defendant
12      The Wet Seal, Inc. dba Arden B

13

14                 UNITED STATES DISTRICT COURT

15          CENTRAL DISTRICT OF CALIFORNIA / WESTERN DIVISION

16

| 17 DESIGN COLLECTION, INC. a California corporation, | Case No. CV 11-03626 DMG (AGRx) |
|---|---|
| 18                             Plaintiff, | STIPULATION FOR DISMISSAL [Rule 41(a)] |
| 19       vs. | |
| 20 THE WET SEAL, INC., a California corporation doing business as ARDEN B, and DOES 1-10, inclusive. | |
| 21 | |
| 22                             Defendants. | |

23

24       IT IS HEREBY STIPULATED by and between the parties to this action

25 through their respective attorneys of record that the complaint of plaintiff Design

26 Collection, Inc., a California corporation, against defendant The Wet Seal, Inc., a

27 California corporation doing business as Arden B shall be dismissed with

28 prejudice.

423283.1                              1

1  The parties hereto shall each bear their own costs and attorney's fees.

2  Dated: December 5, 2011                RESCH POLSTER & BERGER LLP

   By: _____
        MICHAEL C. BAUM
        Attorneys for Plaintiff Design Collection, Inc.

8  Dated: December 7, 2011                JONES DAY

   By: _____
        MARK A. FINKELSTEIN
        ERIC M. KENNEDY
        Attorneys for Defendant The Wet Seal, Inc., a California corporation doing business as Arden B

423283.1

2