JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA / WESTERN DIVISION

| | |
|---|---|
| DESIGN COLLECTION, INC. a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE WET SEAL, INC., a California corporation doing business as ARDEN B, and DOES 1-10, inclusive.<br><br>　　　　　　Defendants. | Case No. CV 11-03626 DMG (AGRx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE [12] |

Pursuant to the parties' stipulation that the above-entitled action shall be dismissed with prejudice, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice.

DATED: December 12, 2011

　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

423286.1